*Attorney General Morison* and *Samuel D. Slade* for respondent.

No. 471. COURANT *v.* INTERNATIONAL PHOTOGRAPHERS OF THE MOTION PICTURE INDUSTRY, LOCAL 659, ET AL. C. A. 9th Cir. Certiorari denied. *Henry B. Ely* for petitioner. *Henry G. Bodkin, George M. Breslin* and *Michael G. Luddy* for respondents.

No. 477. COMBINED METALS REDUCTION Co. *v.* NEVADA HALF MOON MINING Co. C. A. 10th Cir. Certiorari denied. *Herbert Van Dam* for petitioner. *Parnell Black* for respondent.

No. 180, Misc. COLLINS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Wayne M. Collins* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, James M. McInerney* and *Ellis N. Slack* for the United States.

No. 223, Misc. CHAPMAN *v.* CALIFORNIA. District Court of Appeal, First Appellate District, of California. Certiorari denied.

No. 224, Misc. DE LUCA *v.* ATLANTIC REFINING Co. C. A. 2d Cir. Certiorari denied.

No. 237, Misc. HARDGRAVE *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 266, Misc. PUTNAM *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.